| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | KYLE R. RATLIFF |
|   | Special Assistant U.S. Attorney |
| 3 | 412 TW/JA |
|   | 1 South Rosamond Blvd. |
| 4 | Edwards AFB, California 93524 |
|   | Phone: (661) 277-4316 / Fax: (661) 277-2887 |
| 5 | |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No.  6552387 | |
| | ) | | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND | |
| | ) | PROPOSED ORDER FOR DISMISSAL | |
| v. | ) | | |
| | ) | | |
| ROBERT J. ANTYPAS, | ) | | |
| | ) | | |
| Defendant | ) | | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 6552387 against ROBERT J. ANTYPAS without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated:  March 2, 2017            Respectfully Submitted,
                                 Phillip A. Talbert
                                 Acting United States Attorney

                    By:  *Kyle R. Ratliff* (signature)
                                 Kyle R. Ratliff
                                 Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6552387 against ROBERT J. ANTYPAS be dismissed without prejudice, in the interest of justice.

Dated: _____March 2_, 2017

_/s/ Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
United States Magistrate Judge